UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA
    PLAINTIFF,
        VS.                  2:14-CR-004
LANDISTON LOWE
    DEFENDANT

## MOTION TO DISMISS COUNSEL AND APPOINTMENT OF NEW COUNSEL DUE TO IRREPARABLE DAMAGE

I LANDISTON LOWE RESPECTFULLY ASK THIS COURT TO REMOVE WILLIAM CARRICO FROM MY CASE AND APPOINT NEW COUNSEL.

THE DAMAGE MR CARRICO HAS CAUSED CAN'T BE FORGIVEN AND IF HE CONTINUE TO STAY ON MY CASE I WILL NOT HAVE ADEQUATE AND CONFLICT FREE COUNSEL WHICH WILL BE A VIOLATION OF MY 6 AMENDMENT.

DUE TO THE CONFLICT BETWEEN ME AND MR. CARRICO I DON'T TRUST HIM, I WILL NEVER TRUST HIM AND I REFUSE TO TELL HIM ANYTHING FURTHER ABOUT MY CASE.

No disclosed to the court and if Mr. Carrico continue to stay on my case I Rust to visit or speak to him at any length.

I Beg and pray this court remove Mr. Carrico and appoint counsel who cares about and will fight for my constitution rights.

[signature]
54194046
2-4-14



LAMAISTER LOWE
# 34/090012
2160. E. big syphis Ave
Las vegas NV
89101

UNITED STATES DISTRICT COURT
333 Las Vegas Blvd South
Las Vegas NV
89101