# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00004-JAD-VCF |
| vs. | **MINUTE ORDER** |
| LANALSIKOV LOWE, | |
| Defendant. | |

Before the Court are Defendant's Motion for Order to Show Cause (#75) and Motion for Temporary Restraining Order Pursuant to FRCP Rule 65(b) (#76).

**Background**

An indictment was filed against Defendant Lowe on January 7, 2014. (#1). On January 15, 2014, Defendant Lowe made his initial appearance and arraignment and plea. (#10). Defendant Lowe pleaded not guilty after the Federal Public Defenders Office was appointed to represent him, Defendant was remanded to custody. *Id.* On January 23, 2014, William Carrico, Esq. filed a Notice of Appearance of Counsel for Defendant Lowe. (#14). On March 5, 2014, Mr. Carrico filed a Motion to Withdraw and for Appointment of New Counsel. (#22). The court granted Mr. Carrico's motion to withdraw as counsel and appointed Angela Dows as new counsel. (#s 26 & 27). On August 21, 2014, Ms. Dows filed a Motion to Withdraw as counsel. (#69). The court granted Ms. Dows' motion to withdraw as counsel and appointed Brian James Smith, Esq. as counsel of record for Defendant Lowe. (#s' 73 & 74).

**Analysis**

Defendant Lowe filed the instant motions (#s' 75 and 76) on his own behalf. Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case." Since Mr. Smith is Defendant's counsel of record (#s' 73 & 74) and has not filed a motion to withdraw as counsel, Defendant may not file motions on his own behalf. *See* Local Rule IA 10-6(a). Defendant's Motion for Order to Show Cause (#75) and Motion for Temporary Restraining Order Pursuant to FRCP Rule 65(b) (#76) are deemed improper and must be stricken.

Accordingly and for good cause shown,

IT IS ORDERED that Defendant's Motion for Order to Show Cause (#75) and Motion for Temporary Restraining Order Pursuant to FRCP Rule 65(b) (#76) are hereby STRICKEN.

DATED this 15th day of September, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE