# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|               Plaintiff, | 2:14-cr-00004-JAD-VCF |
| vs. | **MINUTE ORDER** |
| LANALSIKOV LOWE, | |
|               Defendant. | |

Before the Court is Defendant's Motion for the United States Supreme Court or the Ninth Circuit to Intervene (#85).

**Background**

An indictment was filed against Defendant Lowe on January 7, 2014. (#1). On January 15, 2014, Defendant Lowe made his initial appearance and arraignment and plea. (#10). Defendant Lowe pleaded not guilty after the Federal Public Defenders Office was appointed to represent him, Defendant was remanded to custody. *Id.* On January 23, 2014, William Carrico, Esq. filed a Notice of Appearance of Counsel for Defendant Lowe. (#14). On March 5, 2014, Mr. Carrico filed a Motion to Withdraw and for Appointment of New Counsel. (#22). The court granted Mr. Carrico's motion to withdraw as counsel and appointed Angela Dows as new counsel. (#s 26 & 27). On August 21, 2014, Ms. Dows filed a Motion to Withdraw as counsel. (#69). The court granted Ms. Dows' motion to withdraw as counsel and appointed Brian James Smith, Esq. as counsel of record for Defendant Lowe. (#s' 73 & 74).

**Analysis**

Defendant Lowe filed the instant the motion (# 85) on his own behalf. Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case." Since Mr. Smith is Defendant's counsel of record (#s' 73 & 74) and has not filed a motion to withdraw as counsel, Defendant may not file motions on his own behalf. *See* Local Rule IA 10-6(a). Defendant's instant motion is deemed improper and must be stricken.

Accordingly and for good cause shown,

IT IS ORDERED that Defendant's Motion for the United States Supreme Court or the Ninth Circuit to Intervene (#85) is hereby STRICKEN.

DATED this 22nd day of September, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE