# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00004-JAD-VCF |
| vs. | |
| LAMALSIKOU LOWE, | **ORDER** |
| Defendant. | |

Before the court is the Motion to Withdraw and for Appointment of New Counsel or Faretta Canvass of Lamalsikou Lowe Thereto filed on October 7, 2014. (#90). Brian J. Smith, Esq., counsel for Defendant Lowe, states that there is a breakdown of communication between him and Defendant Lowe. *Id.*

On October 8, 2014, the court held a hearing. Based on Defendant and Defendant's counsel's representation, the court finds that defendant's request to proceed *pro se* is timely, not for purposes of delay, unequivocal, voluntary, and intelligent. The court finds that Defendant Lowe is competent to represent himself; therefore, his request to proceed *pro se* is granted.

Accordingly,

IT IS HEREBY ORDERED that the Motion to Withdraw and for Appointment of New Counsel or *Faretta* Canvass of Lamalsikou Lowe Thereto (#90) is GRANTED.

IT IS FURTHER ORDERED that Brian J. Smith, Esq. is appointed as advisory counsel.

///

///

Mr. Smith must deliver to Defendant Lowe copies of all portions of his file which have not already previously been delivered to the defendant.

IT IS SO ORDERED.

Dated this 8th day of October, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE