# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

LANALSIKOV LOWE,

      Defendants.

Case No. 2:14–cr–4–JAD–VCF

**ORDER**

      Before the court is Defendant Lanalsikov Lowe's Motion for 6 Hours of Law Library Time (#171). He seeks time in the law library in order to prepare jury instructions. (Doc. #171). On January 21, 2015, the Honorable Jennifer A. Dorsey, U.S. District Judge, granted Lowe "access to the law library for no less than two hours each day, five days a week" in connection with Judge Dorsey's adjudication of Lowe's objections to this court's report and recommendation. (Doc. #169). After Judge Dorsey's order was entered, the court received and filed Lowe's Motion for 6 Hours of Law Library Time. Because Judge Dorsey has already granted Lowe the relief he requests, his motion is denied as moot.

      ACCORDINGLY, and for good cause shown,

      IT IS ORDERED that Lowe's Motion for 6 Hours of Law Library Time (#171) is DENIED as moot.

      DATED this 21st day of January, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE