# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:14–cr–4–JAD–VCF |
| vs. | |
| LANALSIKOV LOWE, | **ORDER** |
| Defendant. | |

Before the court are Defendant Lowe's Motions for Subpoenas. (Docs. #166, #170). Because trial is scheduled for February 10, 2015, the Government is ordered to file its oppositions to Lowe's Motions by Monday February 2, 2015. No reply is necessary.

IT IS SO ORDERED.

DATED this 28th day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE