**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LANALSIKOV LOWE,<br><br>　　　　　　　Defendant. | Case No. 2:14–cr–4–JAD–VCF<br><br>**ORDER** |

　　　　Before the court are Defendant Lanalsikov Lowe's Motions for Subpoenas (#166, #170). The Government filed a nonopposition (#180). For the reasons stated below, Lowe's Motions are denied.

　　　　Lowe moves for two subpoenas that require two Las Vegas Metropolitan Police Department Officers to appear at trial. Lowe wants to impeach the officers regarding (1) lies about the gun, (2) lies about domestic violence, (3) "interview about the drugs," (4) their purported vindictiveness, and (5) why witnesses have not been charged with perjury.

　　　　This court has instructed Lowe numerous times that Rule 17(b) subpoenas may only be used to obtain admissible evidence, not as a discovery device. *United States v. Nixon*, 418 U.S. 683, 696 (1974) (citation omitted). The party seeking compliance with a Rule 17(b) subpoena must make a preponderance showing that the materials requested are relevant, specifically identified, admissible, and not otherwise procurable by the exercise of due diligence. *Id*. at 699–700.

　　　　Lowe failed to make this showing. His requests for relief are speculative, unsupported, and accusatory.

　　　　ACCORDINGLY, and for good cause shown,

　　　　IT IS ORDERED that Lanalsikov Lowe's Motion for Subpoena (#166) is DENIED.

1

IT IS FURTHER ORDERED Lanalsikov Lowe's Motion for Subpoena (#170) is DENIED.

IT IS SO ORDERED.

DATED this 4th day of February, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2