**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jamie A. Frost, Esq.
Nevada Bar No. 11507
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jfrost@maclaw.com
  Attorneys for Interested Party LVMPD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.:  2:14-cr-4-JAD-VCF |
| vs. | |
| LANALSIKOV LOWE, | |
| Defendant. | |

**LVMPD'S EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDINGS**

Interested Party, the Las Vegas Metropolitan Police Department ("LVMPD"), by and through its attorney of record, Nick D. Crosby, Esq. and Jamie A. Frost, Esq., of the law firm of Marquis Aurbach Coffing, hereby requests removal from the CM/ECF Service List and Discontinuation of Notice of Proceedings in the above-captioned matter. LVMPD was only an interested party regarding The Las Vegas Metropolitan Police Department's Objection to Sealed Ex Parte Order [#165] and Motion to Quash Subpoena. The matter has been heard and LVMPD

. . .
. . .
. . .
. . .
. . .
. . .
. . .

MAC:05166-687 2438899_1 2/5/2015 7:45 AM

1  has no other interest in this matter. Accordingly, the undersigned counsel requests to be
2  removed from the CM/ECF Service list in this matter, United States District Court Case No.:
3  2:14-cr-4-JAD-VCF.
4      Dated this 5th day of February, 2015.

MARQUIS AURBACH COFFING

By:   /s/ Jamie A. Frost
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Jamie A. Frost, Esq.
    Nevada Bar No. 11507
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Interested Party LVMPD

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 6, 2015

MAC:05166-687 2438899_1 2/5/2015 7:47 AM

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2015, I served a copy of the foregoing **LVMPD'S EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDINGS** upon each of the parties through the CM/ECF system of the United States District Court for the District of Nevada or, if necessary, by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Lanalsikov Lowe
34194-048
Nevada Southern Detention Center
2190 East Mesquite Ave
Pahrump, Nevada 89060
Defendant, Pro Se

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

_____
Krista Busch, an employee of
Marquis Aurbach Coffing

MAC:05166-687 2438899_1 2/5/2015 7:45 AM