**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LANALSIKOV LOWE,

        Defendants.

Case No. 2:14–cr–4–JAD–VCF

**ORDER**

    Before the court is the Las Vegas Metropolitan Police Department's Objection (#195). The Department objects to a subpoena issued by this order, regarding "report, documents, information, and/or data related to an incident on or near Echelon Point Drive." (Doc. #195 at 2:16–17). On February 4, 2015, the court granted the Department's Motion to Quash, which addressed the same subpoena. Therefore, the Department's objections are now moot.

    ACCORDINGLY, and for good cause shown,

    IT IS ORDERED that the Las Vegas Metropolitan Police Department's Objection (#195) is DENIED as moot.

    DATED this 9th day of February, 2015.

_____

CAM FERENBACH

UNITED STATES MAGISTRATE JUDGE

1