LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
ORONOZ & ERICSSON LLC
700 South Third Street
Las Vegas, Nevada 89101
Telephone:  (702) 878-2889
Facsimile:  (702) 522-1542
luke@oronozlawyers.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>LAMALSKIOU LOWE,<br><br>              Defendant. | CASE NO.:    2:14-cr-004-JAD-VCF<br><br>**STIPULATION TO CONTINUE REPLY DEADLINE** |

IT IS HEREBY STIPULATED AND AGREED by and between LAMALSKIOU LOWE, through his attorney of record, LUCAS J. GAFFNEY, ESQ., of the law firm ORONOZ & ERICSSON LLC, and LISA C. CARTIER GIROUX, Assistant United States Attorney, that LAMALSKIOU LOWE shall have to and including October 8, 2015, within which to file his reply to Document #259, which is currently due September 28, 2015. This is the first request to continue the reply deadline for the aforementioned pleading.

Dated this 24th day of September, 2015.

/s/ James A. Oronoz
JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
700 South Third Street
Las Vegas, Nevada 89101
*Attorney for Tyrone Davis*

/s/ Lisa C. Cartier Giroux
LISA C. CARTIER GIROUX
Assistant United States Attorney

1

2                                    **ORDER**

3          **IT IS HEREBY ORDERED** that the Defendant, LAMALSKIOU LOWE, shall have to

4    and including October 8, 2015, within which to file his reply to Document #259.

5

6    DATED this _25th_ _ day of September, 2015.

7

8                                    _____

9                                    JENNIFER A. DORSEY
                                     UNITED STATES DISTRICT JUDGEG

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28