# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Lanalsikov Lowe,<br><br>    Defendant | Case No.: 2:14-cr-0004-JAD-VCF<br><br>**Order Denying<br>Motion for Clarification**<br><br>[ECF No. 300] |

    Defendant Lamalsikou Lowe is serving an 87-month sentence after a jury convicted him of being a felon in possession of a firearm and possession of cocaine with intent to distribute it.[1] Lowe has written to the court asking me "to clarify the recent supreme court decision in" *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018), "pertaining to whether" his offenses of conviction are "considered [] aggravated felon[ies]."[2]

    The court does not provide advisory opinions. If Mr. Lowe believes that a recent development in the law entitles him to legal relief, he must file an appropriate action or motion identifying the statute, case law, and/or other authority that authorizes the court to grant the specific relief he seeks.

    Accordingly, IT IS HEREBY ORDERED that the instant motion to "clarify" the impact, if any, of *Dimaya* on Mr. Lowe's sentence **[ECF No. 300] is DENIED.**

Dated: June 12, 2018

                                                                                     U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 271.
[2] ECF No. 300.