# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Lanalsikov Lowe

                Petitioner,

v.

USA

                Respondent.

JUDGMENT IN A CIVIL CASE

Case Number:  2:18-cv-01965-JAD

Criminal Case No.: 2:14-cr-00004-JAD-VCF

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Petitioner's Motion to Vacate (2255) is DENIED. IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

11/9/2018  
Date

DEBRA K. KEMPI  
Clerk

/s/ S. Denson  
Deputy Clerk