# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

United States of America,

    Plaintiff/respondent

v.

Lamalsikou Lowe (aka Lanalsikov Lowe),

    Defendant/petitioner

Case No.: 2:14-cr-0004-JAD-VCF

**Order granting petitioner's motion for an extension of time**

[ECF No. 313]

    In 2015, a jury found Lamalsikou Lowe guilty of one count of possession of a controlled substance with intent to distribute and one count of being a felon in possession of a firearm, and the Ninth Circuit Court of Appeals affirmed his conviction. Lowe then moved to vacate his sentence under 28 U.S.C. § 2255.[1] I denied his motion, declined to issue him a Certificate of Appealability (COA), and entered judgment.[2] Days later, Lowe moved for an extension of time to seek a COA from the Ninth Circuit.[3]

    When a COA is denied in full, Ninth Circuit Rule 22-1(d) allows a petitioner/appellant to "file a request for a COA in the court of appeals within 35 days of the filing of a notice of appeal . . . or the district court's denial of [the COA], whichever is later." Because Lowe moved this court for an extension of time, I construe his motion as a request to extend the deadline for filing a notice of appeal. Rule 22-1(d) also directs that the notice of appeal must be timely filed under Federal Rule of Appellate Procedure 4(a), which permits a district court to extend the time to file a notice of appeal if the appealing party requests the extension within a specified window of time

---

[1] ECF No. 309.

[2] ECF Nos. 311–12.

[3] ECF No. 313; *see also* 28 U.S.C. § 2253(c)(1)(B) (allowing a petitioner to seek a COA from a court of appeals); Fed. R. App. P. 22(b)(1) (same).

after entry of judgment.[4] Because Lowe timely moved for an extension after I re-entered judgment, I grant his motion and give him 14 days from the date of this order to file a notice of appeal with this court.[5]  Accordingly,

IT IS HEREBY ORDERED that Lowe's motion for an extension of time **[ECF No. 313] is GRANTED.**  Lowe has **until February 13, 2019, to file a notice of appeal** with this court. He is cautioned that further extensions are not permitted.

Dated: January 30, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[4] Fed. R. App. P. 4(a)(5)(A)(i).

[5] Fed. R. App. P. 4(a)(5)(C) (limiting the length of an extension of time for filing an notice of appeal).